**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JOVANY ELEAZAR RENDON VASQUEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 2:26-cv-02805-SHL-atc |
| WEST TENNESSEE DETENTION FACILITY, | ) ) ) | |
| Respondent. | ) ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Jovany Eleazar Rendon Vasquez's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 2), filed July 6, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition (ECF No. 14), entered July 29, 2026, Rendon Vasquez's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 3, 2026
Date